UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JAFET OROPEZA, *on behalf of himself, FLSA
Collective Plaintiffs and the Class*,

         Plaintiffs,  : 19-CV-5918 (ALC)

  -against-  : ORDER

HERALD SQUARE ENTERPRISES INC. ET AL.,

         Defendants.
------------------------------------------------------------ x

**ANDREW L. CARTER, JR.**, District Judge:

  The Court is in receipt of the Parties' letter motion to adjourn the fairness hearing currently scheduled for April 10, 2020. ECF No. 19. That motion is hereby **GRANTED** and the fairness hearing is hereby **ADJOURNED** to April 20, 2020 at 11:00 a.m.

**SO ORDERED.**

Dated: December 23, 2019
    New York, New York

              _____
              **ANDREW L. CARTER, JR.**
              United States District Judge