## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAFET OROPEZA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                    Plaintiff,<br>     v.<br><br>HERALD SQUARE ENTERPRISES INC.,<br>    d/b/a RAG TRADER,<br>MFRF ENTERPRISES INC.,<br>    d/b/a STREET TACO,<br>GREENE STREET ENTERPRISES INC.,<br>    d/b/a WHITE OAK TAVERN,<br>MURRAY HILLS ENTERPRISES INC.,<br>    d/b/a CASK BAR & KITCHEN<br>and MARK FOX,<br><br>                    Defendants. | Case No.: 19-CV-5918-ALC-OTW<br><br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting a service award to Named Plaintiff JAFET OROPEZA in the amount of $10,000, to be paid from the Settlement Fund, in recognition of the services he rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement and Release.

Dated: April 3, 2020

                                              Respectfully submitted,

                                              **LEE LITIGATION GROUP, PLLC**

By:    */s/ C.K. Lee*
           C.K. Lee (CL 4086)
           148 West 24th Street, Eighth Floor
           New York, NY 10011
           Tel.: 212-465-1188
           Fax: 212-465-1181
           *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*