```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**JAFET OROPEZA,** *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                          **Plaintiffs,**   :   **19-CV-5918 (ALC)**

        -against-   :   **ORDER**

**HERALD SQUARE ENTERPRISES INC. ET AL.,**

                          **Defendants.**
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The fairness hearing currently scheduled for April 20, 2020 at 11:00 a.m. is hereby **ADJOURNED** to June 16, 2020 at 2:00 p.m.

**SO ORDERED.**

**Dated:**       **April 15, 2020**
             **New York, New York**

                                       */s/ Andrew L. Carter, Jr.*
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**