```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**JAFET OROPEZA,** *on behalf of himself, FLSA Collective Plaintiffs and the Class*,

                             **Plaintiffs,**                      19-CV-5918 (ALC)

          -against-                             **ORDER**

**HERALD SQUARE ENTERPRISES INC. ET AL.,**

                             **Defendants.**
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The fairness hearing currently scheduled for June 16, 2020 at 2:00 p.m. is hereby **ADJOURNED** to September 9, 2020 at 11:00 a.m.

**SO ORDERED.**

**Dated:      June 12, 2020**
              **New York, New York**

                                                */s/ Andrew L. Carter, Jr.*
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**