```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
JAFET OROPEZA, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,   :
:
:
                       **Plaintiffs,**    :    19-CV-5918 (ALC)
:
   -against-                                :    <u>**ORDER**</u>
:
**HERALD SQUARE ENTERPRISES INC. ET AL.**,   :
:
                        **Defendants.**    :
:
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The fairness hearing currently scheduled for September 9, 2020 at 11:00 a.m. will be conducted via Telephone Conference. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660)).

**SO ORDERED.**

**Dated:**     **September 7, 2020**
              **New York, New York**

*[signature: Andrew L. Carter]*

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**